

Before MARCUS, WILLIAM PRYOR and EDMONDSON, Circuit Judges.

PER CURIAM:

Angela Wright, counsel for Shawn Springer, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Springer's convictions and sentences are **AFFIRMED.**

Robert Allen Ratliff, Robert A. Ratliff, PC, Mobile, AL, for Defendant–Appellant.

Before JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Lee Anthony Guidry in this direct criminal appeal, has moved to withdraw from further representation of Guidry and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Guidry's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lee Anthony GUIDRY, Defendant–
Appellant.**

No. 14–12252
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2015.

Adam W. Overstreet, Gloria A. Bedwell, Kenyen Ray Brown, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kamauri KENNEDY, a.k.a.
Terry Howard, a.k.a. Kam,
Defendant–Appellant.**

No. 14–14298
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2015.

John Shantanu Ghose, Brent Alan Gray, Lawrence R. Sommerfeld, Sally Yates,